Argued and submitted September 16, reversed and remanded for trial
September 25, 1985

# STATE OF OREGON,
*Appellant,*

*v.*

# DEANNE LYNN REIERSON,
*Respondent.*

(85-4025; CA A35256)

706 P2d 597

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

D. Olcott Thompson, Salem, argued the cause for respondent. With him on the brief was Ferder, Ogdahl & Brandt, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

In this possession of a controlled substance case, the state appeals a pretrial order suppressing evidence seized pursuant to a search warrant. ORS 138.060(3). Contrary to the trial court, we find that the affidavit in support of the warrant, when shorn of immaterial and incompetent information, establishes probable cause to search the premises in question by virtue of a controlled "buy" conducted through the agency of a confidential reliable informant and a third party within 48 hours of the issuance of the warrant.

Reversed and remanded for trial.